Petition for Writ of Mandamus Denied and Opinion filed December 12, 2002









Petition for Writ of Mandamus Denied and Opinion filed
December 12, 2002.




 
 
 
  
 
 
 




 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01079-CV

____________

 

IN RE QWEST GOVERNMENT SERVICES, INC.
AND QWEST BUSINESS RESOURCES, INC., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On October 29, 2002, relators
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002); see
also Tex. R. App. P. 52.

We deny relators= petition for writ of mandamus.

 

 

PER CURIAM

 

 

Petition Denied
and Opinion filed December 12, 2002.

Panel consists of
Justices Yates, Anderson, and Frost. 

Do Not Publish ‑ Tex. R. App. P. 47.3(b).